# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| DANYELLE ADKINS, | ) Case No.: 5:15-cv-2475 |
| Plaintiff, | ) |
| v. | ) Hon. S Maurice Hicks |
| DISCOVER FINANCIAL SERVICES, INC., | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

Plaintiff, DANYELLE ADKINS ("Plaintiff"), and Defendant, DISCOVER FINANCIAL SERVICES, INC. ("Defendant"), hereby stipulate and give notice of the voluntary dismissal with prejudice of this action, with each party to bear its own fees and costs.

Agreed to this 3rd day of June, 2016.

/s/ Jonathan G. Wilbourn
Jonathan G. Wilbourn, T.A. (BN: 27683)
Melissa M. Grand (BN: 32477)
McGLINCHEY STAFFORD, PLLC
301 Main Street, 14th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Telecopier: (225) 343-3076
jwilbourn@mcglinchey.com
mgrand@mcglinchey.com
*Attorney for Defendant*

/s/ Avery Lea Griffin
Avery Lea Griffin
81306 Robinson Road
Folsom, LA 70437
Phone: (504) 451-6550
Fax: (866) 409-7533
agriffin@hg-e.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016 a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Jonathan G. Wilbourn
Jonathan G. Wilbourn